# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| TIANA PETTY, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF TATIANA SMITH, A MINOR AND ROSHINA GLOVER AND TASHARA HANCOCK, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF TARYN FOWLER, A MINOR, | : : : : : : : : | No. 117 WAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : : : : | |
| v. | : : : | |
| FEDERATED MUTUAL INSURANCE COMPANY, | : : : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.